**AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)**

| Return |||
|---|---|---|
| **Case No.:** | **Date and time warrant executed:** | **Copy of warrant and inventory left with:** |
| **Inventory made in the presence of:** || **USPS Tracking Number:** |

**Inventory of the property taken and name of any person(s) seized:**

**Certification**

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

**Date:** _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
### District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5152 5915 6027 1288 24, addressed to "Denory Brye D. 10875 W. Edgemont Ave Avondale, AZ 85392," with a return address of "A. Fisher A. Fisher 1101 Blaine Ave Racine, WI 53405." It is a brown cardboard box measuring 12" X 10" X 8"; weighing two pounds 14.30 ounces; postmarked January 27, 2026; and bearing $22.10 in postage.

**SEARCH WARRANT**

Case Number: 26-3034MB

TO: David Stevens and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, David Stevens, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One (1) USPS Priority Mail parcel bearing USPS tracking number 9505 5152 5915 6027 1288 24, addressed to "Denory Brye D. 10875 W. Edgemont Ave Avondale, AZ 85392," with a return address of "A. Fisher A. Fisher 1101 Blaine Ave Racine, WI 53405." It is a brown cardboard box measuring 12" X 10" X 8"; weighing two pounds 14.30 ounces; postmarked January 27, 2026; and bearing $22.10 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) and/or 846. AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before February 13, 2026 (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

Jan. 30, 2026 @ 3:30p       at     Phoenix, Arizona
Date and Time Issued                City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE          M Morrissey
Name and Title of Judicial Officer       Signature of Judicial Officer